Joyce W. Lindauer
State Bar No. 21555700
Sarah M. Cox
California State Bar No. 245475
Jamie N. Kirk
State Bar No. 24076485
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REVOLVE SOLAR (TX) INC., | § | CASE NO. 16-10897-tmd |
| | § | Chapter 11 |
| Debtor. | § | |

### MOTION TO CONVERT OR VOLUNTARILY DISMISS
### DEBTOR'S CHAPTER 11 BANKRUPTCY

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT**

COMES NOW, Revolve Solar (TX) Inc., ("Debtor"), Debtor in the above-captioned chapter 11 case, and requests that its Chapter 11 bankruptcy case be dismissed.

1. Debtor filed a voluntary petition for Chapter 11 bankruptcy relief on July 31, 2016 and is currently operating its business as a debtor-in-possession.

2.  The Debtor-in-Possession has limited remaining operations that do not support a plan to reorganize. The Court should convert the case to Chapter 7 because the Debtor has creditors who would benefit from the sale of its remaining assets. The Debtor is simultaneously filing a Motion to Sell Assets Free and Clear of Liens, Claim and Encumbrances that would result in some funds being paid into the estate for distribution to creditors.

3.  Under 11 U.S.C. §1112(b),"the Court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate." 11 U.S.C. §1112(b)(1).

4.  Cause exists to dismiss the case or convert to chapter 7 due to cause under these subsections of 11 U.S.C. §1112(b)(4): (A) the continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;

5.  Debtor has become administratively insolvent and no longer has the ability to reorganize its debts.

6.  Debtor requests that its Chapter 11 bankruptcy case be converted or dismissed, whichever the Court deems appropriate.

**WHEREFORE, PREMISES CONSIDERED,** Debtor prays for an order from the Court converting or dismissing Debtor's Chapter 11 bankruptcy proceeding and for such other and further relief to which it may show itself justly entitled.

Dated: March 24, 2017.

>Respectfully Submitted,
>
>/s/ Joyce W. Lindauer
>Joyce W. Lindauer
>State Bar No. 21555700
>Sarah M. Cox
>California State Bar No. 245475
>Jamie N. Kirk
>State Bar No. 24076485
>Joyce W. Lindauer Attorney, PLLC
>12720 Hillcrest Road, Suite 625
>Dallas, Texas 75230
>Telephone: (972) 503-4033
>Facsimile: (972) 503-4034
>ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2017, a true and correct copy of the foregoing document was forwarded via United States first class mail, postage prepaid, upon the parties on the attached service list.

>/s/ Joyce W. Lindauer
>Joyce W. Lindauer

```
Label Matrix for local noticing          Revolve Solar (TX) Inc.                 U.S. BANKRUPTCY COURT
0542-1                                   14205 Mopac Service Road                903 SAN JACINTO, SUITE 322
Case 16-10897-tmd                        Suite 670                               AUSTIN, TX 78701-2450
Western District of Texas                Austin, TX 78728
Austin
Thu Mar 23 18:23:38 CDT 2017

9442 N. Capital of Texas Highway         Aaron Dugan                             Accountemps
Arboretum Plaza One, Suite 500           1712 Piedmont Ave Unit B                A Robert Half Company
Austin, TX 78759-7262                    Austin, TX 78757-1817                   PO Box 743295
                                                                                 Los Angeles, CA 90074-3295


Adam Roberts                             Adoria Lewis                            Alex Dey
118 Harvest Loop                         650 Lewis Henna Blvd #5304              614 1st St.  Apt 220
Harker Heights, TX 76548-2046            Round Rock, TX 78664-7558               Austin, TX 78704-1120


All Star Rents                           All Star Rents                          All Star Rents
Attn: John Wooten                        Attn: John Wooten                       Attn: John Wooten
2020 F Street                            2525 Clay Bank Road                     3291 Esplanade
Davis, CA 95616-0719                     Fairfield, CA 94533-1656                Chico, CA 95973-0255


AlphaGraphics                            Alston & Bird, LLP                      Amanda Burkhart
10019 W. Parmer Lane                     PO Box 933124                           18300 Highway 36 West
Austin, TX 78717-4934                    Atlanta, GA 31193-3124                  Red Bluff, CA 96080-7925


Andre Price                              Anthony Deluca                          Anzhelika Yankovskaya
3818 Southway Dr #101                    1221 Yosemite Dr                        20849 Silverbell Lane
Austin, TX 78704-6866                    Chico, CA 95928-8405                    Pflugerville, TX 78660-7759


Applied Engineering                      Audrey LaBlanc                          Audrey Walker
13270 Gracie Rd                          8415 Chalk Knoll Dr                     34 J Williams Rd
Nevada City, CA 95959-9628               Austin, TX 78735-1710                   Boerne, TX 78006-8809


Avis Rent A Car                          Barbara Stribley                        Barron & Newburger, P.C.
7876 Collections Center Drive            14450 Cramer Road                       1212 Guadalupe St # 104,
Chicago, IL 60693-0078                   Red Bluff, CA 96080-9407                Austin, TX 78701-1801


Barron & Newburger, P.C.                 Barron & Newburger, PC                  Beckstead Terry PLLC
c/o Barbara M. Barron                    7320 MoPac Expy N                       9442 N. Capital of Texas Highway
1212 Guadalupe, Suite 104                Greystone II, Suite 400                 Arboretum Plaza One, Suite 500
Austin, TX 78701-1801                    Austin, TX  78731                       Austin, TX 78759-7262


Beckstead Terry PLLC                     Benjamin Franklin                       Bet Haverim Synagoque
9442 N. Capital of Texas Hwy             4356 Saratoga Drive                     Attn: Mark Rutheiser
Suite 500                                Redding, CA 96002-3741                  1715 Anderson Road
Austin, TX 78759-7228                                                            Davis, CA 95616-0916
```

| | | |
|---|---|---|
| Beverly Dawn Smith<br>7804 A Topawa Cove<br>Austin, TX 78729-7622 | Big O Tires<br>377 East Cypress Ave<br>Redding, CA 96002-0109 | Bill Mueller<br>1720 Wren Court<br>Yuba City, CA 95991-1525 |
| Bill Taylor<br>120 S. Ventura<br>Willows, CA 95988-3224 | Bill Tree Services, Inc<br>16024 Cloverdale Rd.<br>Anderson., CA 96007-8256 | Brandi Lara<br>1813 Rosenborough Lane N<br>Round Rock, TX 78665-7864 |
| Brett Widner<br>801 Barefoot Cove<br>Round Rock, TX 78665-7903 | Brian Washburn<br>9285 Stanford Lane<br>Durham, CA 95938-9502 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| CalFirst<br>1221 Broadway<br>4th Floor<br>Oakland, CA 94612-1837 | Caleb Byrne<br>1740 Marigold Way<br>Redding, CA 96003-9393 | Cande Ramirez<br>231 Telluride Drive<br>Georgetown, TX 78626-7163 |
| Capital Premium Financing<br>PO Box 660899<br>Dallas, TX 75266-0899 | Carlos Pineda<br>604 Hatton Hill Lane<br>Austin, TX 78725-1755 | Carolyn Guido<br>6469 County Road 21<br>Orland, CA 95963-9478 |
| Celina Dodson<br>5275 Hwy 71<br>Del Valle, TX 78617-3259 | Charles Garretson<br>80 Dack Way<br>Oroville, CA 95966 | Charles Pearson<br>7744 Northcross Drive Apt N215<br>Austin, TX 78757-1745 |
| Chirp Security & Audio<br>PO Box 150997<br>Austin, TX 78715-0997 | Chris, Cook<br>c/o Revolve Solar<br>14205 Mopac Service Rd.<br>Suite 670<br>Austin, TX 78728 | Christian Ortiz<br>10505 Sunday Drive<br>Austin, TX 78747-2774 |
| Christian Rangel<br>2604 Paramount Ave<br>Austin, TX 78704-4748 | Christopher Cook<br>1505 Jackson Dr<br>Cedar Park, TX 78613-5455 | Christopher Frey<br>105 S Blue Ridge Pkwy<br>Cedar Park, TX 78613-3027 |
| Christopher Hagedorn<br>2632 Century Park Blvd, Unit 1<br>Austin, TX 78727-1204 | Christy Humphrey<br>103 Laurel Lane<br>Austin, TX 78705-2813 | Cindy Davis<br>1290 Mistletoe Lane<br>Redding, CA 96002-0719 |
| Clay Lavigne<br>4975 Tami Lane<br>Paradise, CA 95969-6374 | Comerica Cardmember Services<br>PO Box 790408<br>St. Louis, MO 63179-0408 | Complete Business Solutions Group<br>141 N 2nd Street<br>Philadelphia, PA 19106-2009 |

| | | |
|---|---|---|
| Compliant Background Chex LLC<br>1512 Bray Central Drive<br>Ste 100<br>McKinney, TX 75069-8265 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division MC 008<br>PO Box 12548<br>Austin TX  78711-2548 | Consolidated Electrical Distributors Inc<br>1920 Westridge Drive<br>Irving, TX 75038-2901 |
| Consolidated Electrical Distributors, Inc.<br>c/o Andrews Myers, PC<br>3900 Essex Lane, Suite 800<br>Houston, Texas 77027-5198 | Coordinated Insurance Services<br>9135 S. Monroe Plaza Way<br>Suite B<br>Sandy, UT 84070-2692 | Cornelius Frederick<br>Judy Ann Moore<br>4003 Greenmountain Ln<br>Austin, TX 78759-7565 |
| Cory Burgess<br>5841 Kleberg Trail<br>Austin, TX 78747-2739 | Cottonwood Assembly of God<br>Attn: Larry Doll<br>20404 Gas Point Road<br>Cottonwood, CA 96022 | Crawford Electric<br>P.O. Box 847160<br>Dallas, TX 75284-7160 |
| Crawford Electric Supply Co Inc.<br>c/o Tracey L. Cloutier<br>Matthews Shiels Knott<br>8131 LBJ Fwy #700<br>Dallas, TX 75251-1352 | DLA  Piper, LLP<br>PO Box 75190<br>Baltimore, MD 21275-5190 | Daniel Martinez<br>20605 Meridian Blvd.<br>Pflugerville, TX 78660-6533 |
| Daniel Willequer<br>1872 Stone House Circle<br>Lincoln, CA 95648-8360 | Danny Hernandez<br>9121 Sugarloaf Drive<br>Redding, CA 96001-9763 | Danny Nunez<br>17104 Northavens Cove<br>Pflugerville, TX 78660-1843 |
| Dave Parks<br>3400 Peat Moors Cove<br>Pflugerville, TX 78660-3643 | David Berryhill<br>471 1/2 E. 8th Avenue<br>Chico, CA 95926-3423 | David Parker<br>150 Brighton Lane<br>Austin, TX 78737-4522 |
| David Zoellner<br>3431 White Oak Drive<br>Cottonwood, CA 96022-9267 | Dawn Smith<br>7804-A Topawa Cove<br>Austin, TX 78729-7622 | DeHart, PLLC<br>P O Box 202112<br>Austin, TX 78720-2112 |
| Deanna Tanner<br>32790 Emigrant Trail<br>Shingletown, CA 96088-9724 | Deborah Campbell<br>3400 Rowe Lane<br>Pflugerville, TX 78660-7710 | Denis Ortega-Moran<br>14107 Lazy Ridge Dr<br>Pflugerville, TX 78660-8225 |
| Dennis Maclean<br>5200 Pine Street<br>Anderson, CA 96007-8271 | Dennis Spooner<br>936 County Road F<br>Willows, CA 95988-9643 | Devin Garrett<br>761 Rusk Rd<br>Round Rock, TX 78665-7893 |
| Diana Allen<br>3054 Snowbird Drive<br>Chico, CA 95973-4955 | Diana Morris<br>5327 Lake Shastina Drive<br>Weed, CA 96094-9493 | Dustin Roberts<br>6408 Jennings Drive<br>Austin, TX 78727-6907 |

| | | |
|---|---|---|
| Edward Knapton<br>18001 Silent Harbor Loop<br>Pflugerville, TX 78660-2203 | Eric Underwood<br>10552 April Lane<br>Palo Cedro, CA 96073-9782 | Erik Batista<br>9801 Stonelake Blvd #732<br>Austin, TX 78759-6575 |
| Fastenal<br>PO Box 1286<br>Winona, MN 55987-7286 | Fleet Staff, Inc. - Attn: Matt Shirk<br>118 West Fifth Street, Suite 202<br>Covington, KY 41011-1481 | Fleet Staff, Inc. d/b/a Stark Talent<br>c/o Craddock Massey LLP Attn: K. Murray<br>1400 Post Oak Blvd., Suite 640<br>Houston, Texas 77056-3008 |
| FleetStaff, Inc.<br>Wells Fargo Business Credit<br>PO Box 823424<br>Philadelphia, PA 19182-3424 | Fortune Energy, Inc.<br>21029 Itasca St Unit A-B<br>Chatsworth, CA 91311-4924 | Frank Chia<br>2003 Paisano Road<br>Austin, TX 78746-2249 |
| Frankie Geddie<br>8902 Palace Parkway<br>Austin, TX 78748-6495 | GEICO Commercial Auto Insurance<br>A Division of Geico Insurance<br>PO Box 6639<br>Fredericksburg, VA 22403-6639 | Garland & Tracie Coleman<br>3049 Sachen Street<br>Georgetown, TX 78626-7159 |
| George Heyl<br>256 Chandler Drive<br>Paradise, CA 95969-3744 | George Nayor<br>809 Wilderness Path<br>Round Rock, TX 78665-2501 | GexPro<br>PO BOX 840638<br>Dallas, TX 75284-0638 |
| Gibbs Giden Attorneys at Law<br>Locher Turner Senet & Wittbordt LLP<br>1880 Century Park East, 12th Floor<br>Los Angeles, CA 90067-1621 | Grande Communications Network, Omnia<br>Dept 1204<br>P.O. Box 121204<br>Dallas, TX 75312-1204 | Green Mountain Energy Company<br>P.O. Box 660305<br>Dallas, TX 75266-0305 |
| GreenSky<br>1797 Northeast Expressway<br>Suite 100<br>Atlanta, GA 30329-2451 | Gregory Ponciano<br>943 Carson Street<br>Colusa, CA 95932-2252 | Harbert Roofing, Inc.<br>8865 Airport Road<br>Redding, CA 96002-9383 |
| Harold Howard<br>13554 Old Oregon Trail<br>Redding, CA 96003-7453 | Heather Sulzer<br>19170 Condor Way<br>Cottonwood, CA 96022-8807 | Highpoint Assembly<br>Attn: Pam Diehl<br>625 Luther Road<br>Red Bluff, CA 96080-5217 |
| Hugh Gainey<br>160 Archipelago Trail<br>Austin, TX 78717-4960 | Hunter Warfield<br>4620 Woodland Corporate Blvd.<br>Tampa, FL 33614-2415 | IBM Corporation<br>PO Box 676673<br>Dallas, TX 75267-6673 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Irvin Correa<br>1406 Thibodeaux Dr<br>Round Rock, TX 78664-7220 | Jack Atteberry<br>88 Pryde Avenue<br>Biggs, CA 95917-9787 |

Jack Black
5922 Castle Avenue
Dunsmuir, CA 96025-2305

James Bailey
1391 Delia Way
Paradise, CA 95969-4269

James Brian Carter
6600 Alleyton Drive
Austin, TX 78725-2909

Jamison Munn
2320 Ambling Trail
Pflugerville, TX 78660-6518

Jan-Pro of Austin
1016 La Posada Drive Ste 295
Austin, TX 78752-3817

Jana K. Terry
c/o Beckstead Terry, PLLC
9442 N. Capital of Texas Highway
Arboretum Plaza One, Suite 500
Austin, TX 78759-7262

Jason Taylor
5702 Apple Orchard Lane
Austin, TX 78744-3116

Jason Westlund
28 Cypress Knee Ln
Austin, TX 78734-6252

Jayant Sirohi
4244 Brekmen Drive
Austin, TX 78723

Jeannette Dennis
315 Cosner Avenue
Maxwell, CA 95955

Jeffrey Himelblau
12989 Research Blvd #242
Austin, TX 78750-3204

Jeffrey Langford
2609 Gateridge Drive
Austin, TX 78748-1955

Jennifer Feuerbacher
5003 Rowena Avenue
Austin, TX 78751-2544

Joe Higginbotham
1800 Howard Lane
Suite 200
Austin, TX 78728-7739

Joel Soria
223 Valley View Drive
Oroville, CA 95966-3719

John Cayl Harvey
6483 Creekside St.
Redding, CA 96001-5838

Jonathan Whitman
206 Old Peak Rd
Georgetown, TX 78626-8198

Joshua Brownfield
4957 Road P
Orland, CA 95963-9681

Joshua Winders
3675 Westhaven Street
Cottonwood, CA 96022-9435

Josquin Padilla
2328 Round Mountain Circle
Leander, TX 78641

Juan Pablo Garza
5408 Ingersoll Lane
Austin, TX 78744-5427

Juan Rodriguez
3302 Wickman Ln
Austin, TX 78725

Justin Murders
12445 Alameda Trace Cir #134
Austin, TX 78727-6355

Kandi Knapp
4367 Nightbird Way
Redding, CA 96001-6124

Karyn Green
6616 Alleyton Drive
Austin, TX 78725-2909

Kathleen Mammen
920 Poplar Avenue
West Sacramento, CA 95691-3156

Keenan Barrett
3401 Speedway, Apt A1
Austin, TX 78705-1532

Keith Cameron
1107 Orchard Park Cir
Pflugerville, TX 78660-2426

Kelly Risner
113 Norwood Lane
Elgin, TX 78621-3170

Ken Kirk
16634 Round Mountain
Leander, TX 78641-8508

Kevin Fugate
1518 Mulberry Street
Chico, CA 95928-6148

Kid Giant, LLC
1208 W 22nd St
Vancouver, WA 98660-2382

Knight Capital Funding
9 East Loockerman St #3A-543
Dover, DE 19901-8306

Kody Allen Gambrel
882 Montcrest Drive ,Redding CA 96003
Redding, CA 96003-5060

Krannich Solar
3801 Ocean Ranch Blvd. #103
Oceanside, CA 92056-8603

Krannich Solar West LLC
c/o Timothy S. McFadden & Peter A. Clark
One North Wacker Drive
Chicago, IL 60606-2807

Kyle Whelchel
1726 Jetta Court
Chico, CA 95926-3073

LYRO PRINTING
Lane Rolland Amlin
P.O. Box 1416
Anderson, CA 96007-1416

Lacie Benton
205 Almeria Place
Winters, CA 95694-2001

Larry Mann
18 Country Drive
Orland, CA 95963-1910

Laura Na
3213 Centrum Dr
Austin, TX 78754-5985

Leanna Woodall
702 1st Street
Corning, CA 96021-2210

Lisa Engelhardt
5701 S Mopac Expy Apt 518
Austin, TX 78749

Louis Little
9561 Oak Grove Avenue
Knights Landing, CA 95645

Manuelito Gallegos
8021 N FM 620 Apt 1131
Austin, TX 78726-4571

Margaret Sachnik
700 Sly Pass
Austin, TX 78748-2333

Margaret Zimmerman
812 Runners Ridge
Pflugerville, TX 78660-3706

Mario Ramano
4241 County Road F
Orland, CA 95963-9341

Mark Carter
16405 Forest Way
Austin, TX 78734-1105

Mark Cato
3930 Oro Street
Redding, CA 96001-2938

Mark Critser
448 Never Never Lane
Paradise, CA 95969-6285

Mark Gross
400 Reservation Dr
Harker Heights, TX 76548-7466

Marvin Linson
3312 Ten Bits Drive
Belton, TX 76513-1066

Mary Bracken
1020 Aloha Street
Red Bluff, CA 96080-3935

Mast Roofing, Inc
100 Cooperative Way
Sutie 100
Kalispell, MT 59901-2386

Matt Kibler
3853 Rolland Drive
Cottonwood, CA 96022-9798

Mel Keith
871 Big Sky Drive
Paradise, CA 95969-6361

Michael Dufner
1002 Ridgeline Dr
Round Rock, TX 78664-3130

Mike Barton
17225 Little Bit Lane
Cottonwood, CA 96022

Mike Hanks
17255 Bowman Road
Cottonwood, CA 96022-9338

| | | |
|---|---|---|
| Minesh Patel<br>10908 Gaillardia Drive<br>Austin, TX 78733-5760 | Mitch Santala<br>21100 Rae Lane<br>Redding, CA 96003 | Mohammed Habayeb<br>2132 Pearson Way<br>Round Rock, TX 78665-4008 |
| Montgomery Coscia Greilich LLP<br>Certified Public Accountants<br>2500 Dallas Parkway, Suite 300<br>Plano, TX 75093-4872 | Mosaic<br>1212 Broadway<br>Suite 300<br>Oakland, CA 94612-1809 | Nancy Brose<br>4291 Ten Mile House Trail<br>Chico, CA 95928-8612 |
| Natalie Upton<br>1263 Richvale Highway<br>Richvale, CA 95974 | National Funding, Inc<br>9820 Towne Centre Dr #200<br>San Diego, CA 92121-1944 | Neal S. Salisian<br>Salisian Lee LLP<br>550 South Hope Street<br>Suite 750<br>Los Angeles, CA 90071-2686 |
| Nevena Payer<br>6346 County Road 21<br>Orland, CA 95963-9477 | Nicholas Schiraldi<br>1500 S IH 35 Apt 1212<br>Round Rock, TX 78681-6655 | Nicholas Schneider<br>7711 O'Connor Dr #1708<br>Round Rock, TX 78681-5563 |
| Nicholas Schneider<br>7711 O'Connor Drive<br>Apt. 1708<br>Round Rock, TX 78681-5563 | Nicolas Schiraldi<br>1500 S IH 35 Apt 1212<br>Round Rock, TX 78681-6655 | Office Edge / COSA, Inc.<br>2314 Rutland Drive<br>Suite 225<br>Austin, TX 78758-5274 |
| (p)PACIFIC GAS & ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208-0329 | Pablo Ruiz<br>3607 Del Robles<br>Austin, TX 78727-1812 | Paul Gilbert<br>8002 Pitter Pat Lane<br>Austin, TX 78736-7953 |
| Paul Roessler<br>1505 Sugarberry Lane<br>Austin, TX 78748-2205 | Pete Lipscomb<br>2703 Dogama Court<br>Cedar Park, TX 78613-5716 | Platt Electric Supply<br>P. O. Box 418759<br>Boston, MA 02241-8759 |
| Power Up Lending Group Ltd.<br>Loewinsohn Flegle Deary Simon LLP<br>12377 Merit Dr #900<br>Dallas, TX 75251-3102 | PowerUp Lending Group, LTD<br>111 Great Neck Rd #216<br>Great Neck, NY 11021-5408 | ProStar Services, Inc.<br>PO Box 110209<br>Carrollton, TX 75011-0209 |
| Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101-0600 | Rafael Dillard<br>1455 Roxannes Run<br>Pflugerville, TX 78660-3285 | Ray Morgan Company, Inc<br>3131 Esplanade<br>Chico, CA 95973-0202 |
| Rebecca Harkins<br>23430 Decker Prairie Rosehill<br>Magnolia, TX 77355-5830 | Redding Business Park, LLC<br>291 S. La Cienega Blvd.<br>Suite 311<br>Beverly Hills, CA 90211-3310 | Redding Fasteners, Inc<br>8912 Airport Rd<br>Redding, CA 96002-9214 |

| | | |
|---|---|---|
| Reed Crossley<br>6600 Valleyside Apt B6<br>Austin, TX 78731-3196 | Revolve Solar, Inc.<br>1800 W. Howard Lane<br>Suite 100<br>Austin, TX 78728-7739 | Ricardo Medina<br>700 Pacific Avenue<br>Willows, CA 95988-2021 |
| Richard Cantu<br>12414 Fallen Tower Lane<br>Austin, TX 78753-7058 | Richard Davis<br>2906 Dover Place<br>Austin, TX 78757-4352 | Richard Lawrence<br>16430 Sheila Rd.<br>Cottonwood, CA 96022-8035 |
| Rick Adan<br>4809 Kimberly Farms Drive<br>Anderson, CA 96007-9705 | Rick Naran<br>816 Magazine St.<br>Vallejo, CA 94590-7840 | Robert Carter<br>4157 County Rd HH<br>Orland, CA 95963-9347 |
| Robert Rohlfs<br>21821 Riverside Avenue<br>Red Bluff, CA 96080-7728 | Ron Atkinson<br>8198 Maynard Road<br>Palo Cedro, CA 96073-9690 | Ron Kibler<br>2966 Sandstone Drive<br>Anderson, CA 96007-4623 |
| Ron Peck<br>733 Volcano View Trail<br>Redding, CA 96003-3034 | Ron Riegger<br>6705 Telluride Trail<br>Austin, TX 78749-1790 | SRI Monogramming, Inc<br>2303 County Rd,<br>Round Rock, TX 78681 |
| Sairam Pathi<br>11500 Gaelic Drive<br>Austin, TX 78754-5999 | Salvador Alcala<br>7215 Hermosa Way<br>Redding, CA 96002-9742 | Sandler Training<br>17701 Cowan #120<br>Irvine, CA 92614-6061 |
| Sarah Bradshaw<br>9412 Edmundsbury Drive<br>Austin, TX 78747-3985 | Sarah Glasscock<br>5436 Agatha Circle<br>Austin, TX 78724-6219 | Scott Shattuck<br>11542 Sandy Loam Trl<br>Austin, TX 78750-1534 |
| Scott Spencer<br>6021 Toscana Avenue<br>Austin, TX 78724-6246 | Scott Wendell<br>3267 Bee Caves Rd Lot@107-309<br>Austin, TX 78746-6700 | Seven Up Bottling Co. of Chico, Inc.<br>c/o David Spring<br>574 Manzanita Ave. Ste. 2<br>Chico, CA 95926-1369 |
| Sexton Consulting<br>2303 RR 620 S<br>Suite 135-151<br>Austin, TX 78734-6219 | Shasta Builders Exchange<br>5800 Airport Road<br>Redding, CA 96002-9359 | Shawn Allen<br>13409 Lois Lane<br>Austin, TX 78750-2211 |
| Sierra Vista Vegetation Removal<br>& Tree Service<br>21277 Old Alturas Rd.<br>Redding, CA 96003-7616 | Silicon Valley Bank<br>PO Box 2360<br>Omaha, NE 68103-2360 | SolarEngine<br>414 Brenna Street<br>San Francisco, CA 94105 |

| | | |
|---|---|---|
| Soligent Distribution LLC<br>c/o Lisa C. Fancher<br>Fritz, Byrne, Head & Fitzpatrick, PLLC<br>221 W 6th St #960<br>Austin, TX 78701-3444 | Soligent Distribution, LLC<br>1500 Valley House Dr #210<br>Rohnert Park, CA 94928-4924 | Spectrum Business/Charter Communications<br>PO Box 742614<br>Cincinnati, OH 45274-2614 |
| Stephanie Schreiber<br>6767 Happy Valley Rd.<br>Anderson, CA 96007-9525 | Stephanie Vance<br>1848 Winterwood Drive<br>Redding, CA 96002-4852 | Steve Darnell<br>5601 Foxfield Ln<br>Village of the Hills, TX 78738-7701 |
| Steve Gallo<br>7417 Rd. 19<br>Orland, CA 95963-9773 | Steven Bowen<br>6910 Jart Ln #912<br>Austin, TX 78721 | Summit Electric Supply, Inc<br>PO Box 848345<br>Dallas, TX 75284-8345 |
| Sungage<br>50 Franklin Street<br>Suite 202<br>Boston, MA 02110-1311 | Sunstate Equipment, Co<br>P.O. Box 52581<br>Phoenix, AZ 85072-2581 | Sylvia Thompson<br>13717 Skyway Road<br>Magalia, CA 95954-9765 |
| Taube Summers LLP<br>100 Congress Ave 18th Floor<br>Austin, TX 78701-4042 | Technology Credit Corporation<br>919 The Alameda<br>San Jose, CA 95126-3135 | Terrill Whitlock<br>3280 Columbia Avenue<br>Corning, CA 96021-9655 |
| Texas Comptroller of Public Accounts<br>1711 San Jacinto Blvd.<br>Suite 180<br>Austin, TX 78701-1416 | Texas Comptroller of Public Accounts<br>John Stern, Asst. Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission<br>TWC Building - Regulatory Integrity Divi<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission-SAU<br>Office of Atty General<br>Bankruptcy-Collections Div MC 008<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Theresa Nichols<br>16024 Cloverdale Road<br>Anderson, CA 96007-8256 | Thomas Safford<br>21346 Hawes Road<br>Anderson, CA 96007-9366 | Tiffany Stoffer<br>1700 A Constantine Circle<br>Austin, TX 78745-4171 |
| Tim Padden<br>8814 Mesa Drive<br>Austin, TX 78759-7408 | Todd Finch<br>7512 Orrick Drive<br>Austin, TX 78749-2607 | Tony Pitts<br>1004 Preserve Place<br>Round Rock, TX 78665-7902 |
| Tonya Osenton<br>20700 Live Oak Road<br>Red Bluff, CA 96080-9149 | Travis County<br>c/o Kay D. Brock<br>P. O. Box 1748<br>Austin, TX 78767-1748 | Travis County Tax Office<br>PO Box 149328<br>Austin, TX 78714-9328 |

| | | |
|---|---|---|
| Trevor Dasilva<br>2501 Pearl Street Apt 416<br>Austin, TX 78705-4443 | Tugwell Roofing, Co<br>20550 Dersch Rd<br>Anderson, CA 96007-8462 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| (p)UNITED RENTALS NORTH AMERICA INC<br>3200 HARBOR LN N<br>MINNEAPOLIS MN 55447-5295 | United Rentals, Inc.<br>6125 Lakeview Road, #300<br>Charlotte, NC 28269-2616 | United States Attorney<br>Civil Process Clerk<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0009 | United States Trustee<br>903 San Jacinto, Room 230<br>Austin, TX 78701-2450 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| Vacaville Crossroads Church<br>Attn: Rich Burke<br>190 Butcher Road<br>Vacaville, CA 95687-5615 | Valero - Chico<br>Attn: Parmijita Gosal<br>1199 Skyway Road<br>Chico, CA 95928-8345 | Valley Church<br>Attn: Linda May<br>5063 Maple Road<br>Vacaville, CA 95687-9468 |
| Valley Mountain Regional Center<br>Attn: Claudia Reed<br>702 Aurora Street North<br>Stockton, CA 95202-2200 | Valley YellowPages<br>Dept. 33302<br>PO Box 39000<br>San Francisco, CA 94139-3302 | Velda Gutierrez<br>7108 Outfitter Drive<br>Austin, TX 78744-1746 |
| Warren Carroll<br>401 Terravista Parkway Apt 113<br>Round Rock, TX 78665-1274 | Weaver and Tidewell, LLP<br>2821 West 7th Street<br>Suite 700<br>Fort Worth, TX 76107-8913 | Wes Walters Realty, Inc.<br>Juanita Ruzicka<br>9130 Jollyville Road, Suite 175<br>Austin, TX 78759-7472 |
| Wex Bank<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | Will Beavers<br>350 South Plumas Street<br>Willows, CA 95988-3027 | Willford Taff<br>925e Hwy 80#226<br>San Marcos, TX 78666-8121 |
| William Del Casale<br>487 Del Norte Avenue<br>Corning, CA 96021-3601 | William Penny<br>10613 Beckwood Dr<br>Austin, TX 78726-1311 | William Pete Lipscomb<br>2703 Dogama Ct<br>Cedar Park, TX 78613-5716 |
| World Telecom & Surveillance, Inc<br>1819 Keystone Ct<br>Redding, CA 96003-4000 | Xerox Corporation<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | Yellow Pages<br>P O Box 5010<br>Carol Stream, IL 60197-5010 |
| Yellow Pages United<br>PO Box 53282<br>Atlanta, GA 30355-1282 | Ygrene<br>815 5th Street<br>Santa Rosa, CA 95404-4516 | Zachary Cooper<br>1415 Berene Ave<br>Austin, TX 78721-1407 |

| | | |
|---|---|---|
| Zachary Hunter<br>12800 Harris Glenn Drive #1125<br>Austin, TX 78753-5334 | c/o Daniel P. Winikka<br>Loewinsohn Flegle Deary Simon LLP<br>12377 Merit Drive, Suite 900<br>Dallas,TX 75251-3102 | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>12720 Hillcrest Road<br>Suite 625<br>Dallas, TX 75230-2163 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PG&E<br>Non-Energy Collection Unit<br>PO Box 8329<br>Stockton, CA 95208 | Texas Comptroller of Public Accounts<br>Revenue Acctng Div - Bankruptcy Section<br>PO Box 13528 Capitol Station<br>Austin, TX 78711-3528 | United Rentals (North America), Inc.<br>PO Box 840514<br>Dallas, TX 75284-0514 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Adriano Castillo | (d)Audrey Walker<br>34 J Williams Rd.<br>Boerne, TX 78006-8809 | (d)Audrey Walker<br>34 J Williams Rd.<br>Boerne, TX 78006-8809 |
| (d)Brian Washburn<br>9285 Stanford Lane<br>Durham, CA 95938-9502 | (u)Crawford Electric Supply, Inc.<br>c/o Misti L. Beanland<br>Matthews, Shiels, Knott, LLC<br>8131 LBJ Freeway, Suite 700, Dallas, TX<br>beanland@mssattorneys.com | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (d)Mark Gross<br>400 Reservation Drive<br>Harker Heights, TX 76548-7466 | (d)Pete Lipscomb<br>2703 Dogama Court<br>Cedar Park, TX 78613-5716 | End of Label Matrix<br>Mailable recipients   302<br>Bypassed recipients     8<br>Total                 310 |