# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10897-tmd |
| | § | |
| RESOLVE SOLAR (TX), INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## TRUSTEE'S MOTION TO SELL PERSONAL PROPERTY OF DEBTOR - FREE AND CLEAR OF ALL LIENS AND INTERESTS (WITH 21-DAY LANGUAGE)

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of RESOLVE SOLAR (TX), INC., and files his Motion to Sell Personal Property of Debtor (With 21-Day Language) – 3 Vehicles and Furniture, Fixtures and Equipment- Free and Clear of all Liens and Interests. The Trustee would show the Court the following:

1. On 5/5/17, this case was converted from a Chapter 11 to a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code; Randolph N. Osherow was appointed Chapter 7 trustee of debtor's estate on 5/5/17. He continues to act in that capacity.

### I. PROPERTY TO BE SOLD

2. The property of the estate to be sold by this Motion consists of the Debtor's personal property described as follows:
Furniture, Fixtures and Equipment located at Life Storage, Units 112 and 118 in Austin, Texas and 3 company owned vehicles- 2010 Toyota Prius, VIN JTDKN3DU5A5112273, 2005 Ford Van, VIN 1FTNE24L65HA17983, 2008 Ford Ranger VIN 1FTYR10D18PB14500 which is to be sold AS IS and WHERE IS. This property has no resale value.

3. The Trustee seeks to sell the property to Eric Insirillo for $4000.00.

### II. TRUSTEE'S ESTIMATED VALUE AND BASIS THEREOF

Debtor has not filed Chapter 7 Bankruptcy Schedules in the case.

Copy of Order attached as Exhibit "A"

### III. MARKETING OF SAID PROPERTY

4. These vehicles cannot be sold thru a normal car auction, because the cost to pick up, store and sell could exceed the value of the three vehicles.

### IV. TAX CONSEQUENCES

6. The Trustee believes there are no tax consequences to this sale. The maximum tax gain is approximately 20% of the gross sales price.

### V. LIENS

7. Trustee know of no liens on the property.

### VI. ESTIMATED COST OF SALE AND NET TO THE ESTATE

8. The following estimated costs are related to this sale:

   Sale                                              $4000.00

The estimated net to the general (priority and unsecured) creditors is approximately $4.000.00.

9. It is the Trustee's position that a sale in this manner is in the best interest of the estate and will net the estate the most money for distribution to creditors. A copy of this Motion is being forwarded to all creditors in accordance with Local Rule 9014.

WHEREFORE, PREMISES CONSIDERED, Trustee prays this Court enter an Order allowing and approving the sale as set forth above and authorizing the Trustee to execute the documents necessary to effectuate the sale of the property and that the Texas Department of Motor Vehicles and/or the local Tax Assessor/Collector be ordered to assist in the transfer of these vehicles to the new owners and that such Order be entered after 21 days unless an objection is timely filed in accordance with Rule 9014.

Respectfully submitted this 21 day of June, 2017.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10897-tmd |
| | § | |
| RESOLVE SOLAR (TX), INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

## ORDER AUTHORIZING TRUSTEE TO SELL VEHICLES, FURNITURE, FIXTURES & EQUIPMENT - FREE AND CLEAR OF ALL LIENS AND INTERESTS BY PUBLIC AUCTION AND PAY AUCTIONEER'S FEES & EXPENSES

On the day this Order was signed, came to be considered by the United States Bankruptcy Judge, the Trustee's Motion to Enter Motion on Motion to Sell Personal Property of Debtor- Furniture, Fixtures and Equipment located at Life Storage, Units 112 and 118 in Austin, Texas and 3 company owned vehicles- 2010 Toyota Prius, VIN JTDKN3DU5A5112273, 2005 Ford Van, VIN 1FTNE24L65HA17983, 2008 Ford Ranger VIN 1FTYR10D18PB14500- Free and Clear of All Liens and Interests. The Court having considered the Motion finds that it has merit and should be granted. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the Trustee is hereby authorized to sell the personal property described as follows to ERIC INSIRILLO for $4000.00.

Property to be sold:
Furniture, Fixtures and Equipment located at Life Storage, Units 112 and 118 in Austin, Texas and 3 company owned vehicles- 2010 Toyota Prius, VIN JTDKN3DU5A5112273, 2005 Ford Van, VIN 1FTNE24L65HA17983, 2008 Ford


Ex "A"

      Ranger VIN 1FTYR10D18PB14500.
It is further

      ORDERED, ADJUDGED, and DECREED that the sale of the foregoing property shall be free and clear of all liens and interests, valid and invalid, and the same is hereby approved and affirmed. It is further

      ORDERED, ADJUDGED, and DECREED that the Texas Department of Motor Vehicles and/or the local Tax Assessor/Collector is ordered to assist in the transfer of the vehicles to the new owners.

### # # #

RANDOLPH N. OSHEROW
**Chapter 7 Trustee**
**342 W Woodlawn, #100**
**San Antonio, TX 78212**
**Email: rosherow@hotmail.com**
**Telf. (210) 738-3001 ext 212**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-10897-tmd |
| | § | |
| RESOLVE SOLAR (TX), INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the Motion to Sell Property of Debtor 21 day language- -FREE AND CLEAR OF ALL LIENS AND INTERESTS was served upon the following parties in interest by U.S. first class mail, postage prepaid this ___ day of June, 2017:

Resolve Solar (TX), Inc.
14205 Mopac Service Rd.
Suite 670
Austin, TX 78728
Debtor

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Rd.
Suite 625
Dallas, TX 75230
**Counsel for Debtor**

U.S. Trustee
903 San Jacinto Boulevard
Suite 230
Austin, TX 78701

SEE ATTACHED MATRIX FOR A LIST OF PARTIES SERVED WITH NOTICE.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

(p)PACIFIC GAS & ELECTRIC COMPANY
PO BOX 8329
STOCKTON CA 95208-0329

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY
SECTION
PO BOX 13528
AUSTIN TX 78711-3528

(p)UNITED RENTALS NORTH AMERICA INC
3200 HARBOR LN N
MINNEAPOLIS MN 55447-5295

9442 N. Capital of Texas Highway
Arboretum Plaza One, Suite 500
Austin, TX 78759-7262

Aaron Dugan
1712 Piedmont Ave Unit B
Austin, TX 78757-1817

Accountemps
A Robert Half Company
PO Box 743295
Los Angeles, CA 90074-3295

Adam Roberts
118 Harvest Loop
Harker Heights, TX 76548-2046

Adoria Lewis
650 Lewis Henna Blvd #5304
Round Rock, TX 78664-7558

Alex Dey
614 1st St. Apt 220
Austin, TX 78704-1120

All Star Rents
Attn: John Wooten
2020 F Street
Davis, CA 95616-0719

All Star Rents
Attn: John Wooten
2525 Clay Bank Road
Fairfield, CA 94533-1656

All Star Rents
Attn: John Wooten
3291 Esplanade
Chico, CA 95973-0255

AlphaGraphics
10019 W. Parmer Lane
Austin, TX 78717-4934

Alston & Bird, LLP
PO Box 933124
Atlanta, GA 31193-3124

Amanda Burkhart
18300 Highway 36 West
Red Bluff, CA 96080-7925

Andre Price
3818 Southway Dr #101
Austin, TX 78704-6866

Anthony Deluca
1221 Yosemite Dr
Chico, CA 95928-8405

Anzhelika Yankovskaya
20849 Silverbell Lane
Pflugerville, TX 78660-7759

Applied Engineering
13270 Gracie Rd
Nevada City, CA 95959-9628

Audrey LaBlanc
8415 Chalk Knoll Dr
Austin, TX 78735-1710

Audrey Walker
34 J Williams Rd
Boerne, TX 78006-8809

Avis Rent A Car
7876 Collections Center Drive
Chicago, IL 60693-0078

Barbara Stribley
14450 Cramer Road
Red Bluff, CA 96080-9407

Barron & Newburger, P.C.
1212 Guadalupe St # 104,
Austin, TX 78701-1801

Barron & Newburger, P.C.
c/o Barbara M. Barron
1212 Guadalupe, Suite 104
Austin, TX 78701-1801

Barron & Newburger, PC
7320 MoPac Expy N
Greystone II, Suite 400
Austin, TX 78731

Beckstead Terry PLLC
9442 N. Capital of Texas Highway
Arboretum Plaza One, Suite 500
Austin, TX 78759-7262

Beckstead Terry PLLC
9442 N. Capital of Texas Hwy
Suite 500
Austin, TX 78759-7228

Benjamin Franklin
4356 Saratoga Drive
Redding, CA 96002-3741

Bet Haverim Synagogue
Attn: Mark Rutheiser
1715 Anderson Road
Davis, CA 95616-0916

Beverly Dawn Smith  
1102 Cedar Falls  
Round Rock, TX 78681-5671

Beverly Dawn Smith  
7804 A Topawa Cove  
Austin, TX 78729-7622

Big O Tires  
377 East Cypress Ave  
Redding, CA 96002-0109

Bill Mueller  
1720 Wren Court  
Yuba City, CA 95991-1525

Bill Taylor  
120 S. Ventura  
Willows, CA 95988-3224

Bill Tree Services, Inc  
16024 Cloverdale Rd.  
Anderson., CA 96007-8256

Brandi Lara  
1813 Rosenborough Lane N  
Round Rock, TX 78665-7864

Brett Widner  
801 Barefoot Cove  
Round Rock, TX 78665-7903

Brian Washburn  
9285 Stanford Lane  
Durham, CA 95938-9502

c/o Daniel P. Winikka  
Loewinsohn Flegle Deary Simon LLP  
12377 Merit Drive, Suite 900  
Dallas, TX 75251-3102

Caleb Byrne  
1740 Marigold Way  
Redding, CA 96003-9393

CalFirst  
1221 Broadway  
4th Floor  
Oakland, CA 94612-1837

Cande Ramirez  
231 Telluride Drive  
Georgetown, TX 78626-7163

Capital Premium Financing  
PO Box 660899  
Dallas, TX 75266-0899

Carlos Pineda  
604 Hatton Hill Lane  
Austin, TX 78725-1755

Carolyn Guido  
6469 County Road 21  
Orland, CA 95963-9478

Celina Dodson  
5275 Hwy 71  
Del Valle, TX 78617-3259

Charles Garretson  
80 Dack Way  
Oroville, CA 95966

Charles Pearson  
7744 Northcross Drive Apt N215  
Austin, TX 78757-1745

Chirp Security & Audio  
PO Box 150997  
Austin, TX 78715-0997

Chris, Cook  
c/o Revolve Solar  
14205 Mopac Service Rd.  
Suite 670  
Austin, TX 78728

Christian Ortiz  
10505 Sunday Drive  
Austin, TX 78747-2774

Christian Rangel  
2604 Paramount Ave  
Austin, TX 78704-4748

Christopher Cook  
1505 Jackson Dr  
Cedar Park, TX 78613-5455

Christopher Frey  
105 S Blue Ridge Pkwy  
Cedar Park, TX 78613-3027

Christopher Hagedorn  
2632 Century Park Blvd, Unit 1  
Austin, TX 78727-1204

Christy Humphrey  
103 Laurel Lane  
Austin, TX 78705-2813

Cindy Davis  
1290 Mistletoe Lane  
Redding, CA 96002-0719

Clay Lavigne  
4975 Tami Lane  
Paradise, CA 95969-6374

Comerica Cardmember Services  
PO Box 790408  
St. Louis, MO 63179-0408

| | | |
|---|---|---|
| Complete Business Solutions Group<br>141 N 2nd Street<br>Philadelphia, PA 19106-2009 | Compliant Background Chex LLC<br>1512 Bray Central Drive<br>Ste 100<br>McKinney, TX 75069-8265 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy & Collections Division MC 008<br>PO Box 12548<br>Austin TX 78711-2548 |
| Consolidated Electrical Distributors Inc<br>1920 Westridge Drive<br>Irving, TX 75038-2901 | Consolidated Electrical Distributors, Inc.<br>c/o Andrews Myers, PC<br>3900 Essex Lane, Suite 800<br>Houston, Texas 77027-5198 | Coordinated Insurance Services<br>9135 S. Monroe Plaza Way<br>Suite B<br>Sandy, UT 84070-2692 |
| Cornelius Frederick<br>Judy Ann Moore<br>4003 Greenmountain Ln<br>Austin, TX 78759-7565 | Cory Burgess<br>5841 Kleberg Trail<br>Austin, TX 78747-2739 | Cottonwood Assembly of God<br>Attn: Larry Doll<br>20404 Gas Point Road<br>Cottonwood, CA 96022 |
| Crawford Electric<br>P.O. Box 847160<br>Dallas, TX 75284-7160 | Crawford Electric Supply Co Inc.<br>c/o Tracey L. Cloutier<br>Matthews Shiels Knott<br>8131 LBJ Fwy #700<br>Dallas, TX 75251-1352 | CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 |
| Daniel Martinez<br>20605 Meridian Blvd.<br>Pflugerville, TX 78660-6533 | Daniel Willequer<br>1872 Stone House Circle<br>Lincoln, CA 95648-8360 | Danny Hernandez<br>9121 Sugarloaf Drive<br>Redding, CA 96001-9763 |
| Danny Nunez<br>17104 Northavens Cove<br>Pflugerville, TX 78660-1843 | Danor E. Padden<br>8814 Mesa Dr.<br>Austin, TX 78759-7408 | Dave Parks<br>3400 Peat Moors Cove<br>Pflugerville, TX 78660-3643 |
| David Berryhill<br>471 1/2 E. 8th Avenue<br>Chico, CA 95926-3423 | David Parker<br>150 Brighton Lane<br>Austin, TX 78737-4522 | David Zoellner<br>3431 White Oak Drive<br>Cottonwood, CA 96022-9267 |
| Dawn Smith<br>7804-A Topawa Cove<br>Austin, TX 78729-7622 | Deanna Tanner<br>32790 Emigrant Trail<br>Shingletown, CA 96088-9724 | Deborah Campbell<br>3400 Rowe Lane<br>Pflugerville, TX 78660-7710 |
| DeHart, PLLC<br>P O Box 202112<br>Austin, TX 78720-2112 | Denis Ortega-Moran<br>14107 Lazy Ridge Dr<br>Pflugerville, TX 78660-8225 | Dennis Maclean<br>5200 Pine Street<br>Anderson, CA 96007-8271 |
| Dennis Spooner<br>936 County Road F<br>Willows, CA 95988-9643 | Devin Garrett<br>761 Rusk Rd<br>Round Rock, TX 78665-7893 | Diana Allen<br>3054 Snowbird Drive<br>Chico, CA 95973-4955 |

Diana Morris
5327 Lake Shastina Drive
Weed, CA 96094-9493

DLA Piper, LLP
PO Box 75190
Baltimore, MD 21275-5190

Dustin Roberts
6408 Jennings Drive
Austin, TX 78727-6907

Edward Knapton
18001 Silent Harbor Loop
Pflugerville, TX 78660-2203

Eric Underwood
10552 April Lane
Palo Cedro, CA 96073-9782

Erik Batista
9801 Stonelake Blvd #732
Austin, TX 78759-6575

Fastenal
PO Box 1286
Winona, MN 55987-7286

Fleet Staff, Inc. - Attn: Matt Shirk
118 West Fifth Street, Suite 202
Covington, KY 41011-1481

Fleet Staff, Inc. d/b/a Stark Talent
c/o Craddock Massey LLP Attn: K. Murray
1400 Post Oak Blvd., Suite 640
Houston, Texas 77056-3008

FleetStaff, Inc.
Wells Fargo Business Credit
PO Box 823424
Philadelphia, PA 19182-3424

Fortune Energy, Inc.
21029 Itasca St Unit A-B
Chatsworth, CA 91311-4924

Frank Chia
2003 Paisano Road
Austin, TX 78746-2249

Frankie Geddie
8902 Palace Parkway
Austin, TX 78748-6495

Garland & Tracie Coleman
3049 Sachen Street
Georgetown, TX 78626-7159

GEICO Commercial Auto Insurance
A Division of Geico Insurance
PO Box 6639
Fredericksburg, VA 22403-6639

George Heyl
256 Chandler Drive
Paradise, CA 95969-3744

George Nayor
809 Wilderness Path
Round Rock, TX 78665-2501

GexPro
PO BOX 840638
Dallas, TX 75284-0638

Gibbs Giden Attorneys at Law
Locher Turner Senet & Wittbordt LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621

Grande Communications Network, Omnia
Dept 1204
P.O. Box 121204
Dallas, TX 75312-1204

Green Mountain Energy Company
P.O. Box 660305
Dallas, TX 75266-0305

GreenSky
1797 Northeast Expressway
Suite 100
Atlanta, GA 30329-2451

Gregory Ponciano
943 Carson Street
Colusa, CA 95932-2252

Harbert Roofing, Inc.
8865 Airport Road
Redding, CA 96002-9383

Harold Howard
13554 Old Oregon Trail
Redding, CA 96003-7453

Heather Sulzer
19170 Condor Way
Cottonwood, CA 96022-8807

Highpoint Assembly
Attn: Pam Diehl
625 Luther Road
Red Bluff, CA 96080-5217

Hugh Gainey
160 Archipelago Trail
Austin, TX 78717-4960

Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614-2415

IBM Corporation
PO Box 676673
Dallas, TX 75267-6673

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Irvin Correa
1406 Thibodeaux Dr
Round Rock, TX 78664-7220

Jack Atteberry
88 Pryde Avenue
Biggs, CA 95917-9787

Jack Black
5922 Castle Avenue
Dunsmuir, CA 96025-2305

James Bailey
1391 Delia Way
Paradise, CA 95969-4269

James Brian Carter
6600 Alleyton Drive
Austin, TX 78725-2909

Jamison Munn
2320 Ambling Trail
Pflugerville, TX 78660-6518

Jan-Pro of Austin
1016 La Posada Drive Ste 295
Austin, TX 78752-3817

Jana K. Terry
c/o Beckstead Terry, PLLC
9442 N. Capital of Texas Highway
Arboretum Plaza One, Suite 500
Austin, TX 78759-7262

Jason Taylor
5702 Apple Orchard Lane
Austin, TX 78744-3116

Jason Westlund
28 Cypress Knee Ln
Austin, TX 78734-6252

Jayant Sirohi
4244 Brekmen Drive
Austin, TX 78723

Jeannette Dennis
315 Cosner Avenue
Maxwell, CA 95955

Jeffrey Himelblau
12989 Research Blvd #242
Austin, TX 78750-3204

Jeffrey Langford
2609 Gateridge Drive
Austin, TX 78748-1955

Jennifer Feuerbacher
5003 Rowena Avenue
Austin, TX 78751-2544

Joe Higginbotham
1800 Howard Lane
Suite 200
Austin, TX 78728-7739

Joel Soria
223 Valley View Drive
Oroville, CA 95966-3719

John Cayl Harvey
6483 Creekside St.
Redding, CA 96001-5838

Jonathan Whitman
206 Old Peak Rd
Georgetown, TX 78626-8198

Joshua Brownfield
4957 Road P
Orland, CA 95963-9681

Joshua Winders
3675 Westhaven Street
Cottonwood, CA 96022-9435

Josquin Padilla
2328 Round Mountain Circle
Leander, TX 78641

Juan Pablo Garza
5408 Ingersoll Lane
Austin, TX 78744-5427

Juan Rodriguez
3302 Wickman Ln
Austin, TX 78725

Justin Murders
12445 Alameda Trace Cir #134
Austin, TX 78727-6355

Kandi Knapp
4367 Nightbird Way
Redding, CA 96001-6124

Karyn Green
6616 Alleyton Drive
Austin, TX 78725-2909

Kathleen Mammen
920 Poplar Avenue
West Sacramento, CA 95691-3156

Keenan Barrett
3401 Speedway, Apt A1
Austin, TX 78705-1532

Keith Cameron
1107 Orchard Park Cir
Pflugerville, TX 78660-2426

Kelly Risner
113 Norwood Lane
Elgin, TX 78621-3170

Ken Kirk
16634 Round Mountain
Leander, TX 78641-8508

Kevin Fugate
1518 Mulberry Street
Chico, CA 95928-6148

Kid Giant, LLC
1208 W 22nd St
Vancouver, WA 98660-2382

Knight Capital Funding
9 East Loockerman St #3A-543
Dover, DE 19901-8306

Kody Allen Gambrel
882 Montcrest Drive ,Redding CA 96003
Redding, CA 96003-5060

Krannich Solar
3801 Ocean Ranch Blvd. #103
Oceanside, CA 92056-8603

Krannich Solar West LLC
c/o Timothy S. McFadden & Peter A. Clark
One North Wacker Drive
Chicago, IL 60606-2807

Kyle Whelchel
1726 Jetta Court
Chico, CA 95926-3073

Lacie Benton
205 Almeria Place
Winters, CA 95694-2001

Larry Mann
18 Country Drive
Orland, CA 95963-1910

Laura Na
3213 Centrum Dr
Austin, TX 78754-5985

Leanna Woodall
702 1st Street
Corning, CA 96021-2210

Lisa Engelhardt
5701 S Mopac Expy Apt 518
Austin, TX 78749

Louis Little
9561 Oak Grove Avenue
Knights Landing, CA 95645

LYRO PRINTING
Lane Rolland Amlin
P.O. Box 1416
Anderson, CA 96007-1416

Manuelito Gallegos
8021 N FM 620 Apt 1131
Austin, TX 78726-4571

Margaret Sachnik
700 Sly Pass
Austin, TX 78748-2333

Margaret Zimmerman
812 Runners Ridge
Pflugerville, TX 78660-3706

Mario Ramano
4241 County Road F
Orland, CA 95963-9341

Mark Carter
16405 Forest Way
Austin, TX 78734-1105

Mark Cato
3930 Oro Street
Redding, CA 96001-2938

Mark Critser
448 Never Never Lane
Paradise, CA 95969-6285

Mark Gross
400 Reservation Dr
Harker Heights, TX 76548-7466

Marvin Linson
3312 Ten Bits Drive
Belton, TX 76513-1066

Mary Bracken
1020 Aloha Street
Red Bluff, CA 96080-3935

Mast Roofing, Inc
100 Cooperative Way
Sutie 100
Kalispell, MT 59901-2386

Matt Kibler
3853 Rolland Drive
Cottonwood, CA 96022-9798

Mel Keith
871 Big Sky Drive
Paradise, CA 95969-6361

Michael Dufner
1002 Ridgeline Dr
Round Rock, TX 78664-3130

Mike Barton
17225 Little Bit Lane
Cottonwood, CA 96022

Mike Hanks
17255 Bowman Road
Cottonwood, CA 96022-9338

Minesh Patel
10908 Gaillardia Drive
Austin, TX 78733-5760

Mitch Santala
21100 Rae Lane
Redding, CA 96003

Mohammed Habayeb
2132 Pearson Way
Round Rock, TX 78665-4008

Montgomery Coscia Greilich LLP
Certified Public Accountants
2500 Dallas Parkway, Suite 300
Plano, TX 75093-4872

Mosaic
1212 Broadway
Suite 300
Oakland, CA 94612-1809

Nancy Brose
4291 Ten Mile House Trail
Chico, CA 95928-8612

Natalie Upton
1263 Richvale Highway
Richvale, CA 95974

National Funding, Inc
9820 Towne Centre Dr #200
San Diego, CA 92121-1944

Neal S. Salisian
Salisian Lee LLP
550 South Hope Street
Suite 750
Los Angeles, CA 90071-2686

Nevena Payer
6346 County Road 21
Orland, CA 95963-9477

Nicholas Schiraldi
1500 S IH 35 Apt 1212
Round Rock, TX 78681-6655

Nicholas Schneider
7711 O'Connor Dr #1708
Round Rock, TX 78681-5563

Nicholas Schneider
7711 O'Connor Drive
Apt. 1708
Round Rock, TX 78681-5563

Nicolas Schiraldi
1500 S IH 35 Apt 1212
Round Rock, TX 78681-6655

Office Edge / COSA, Inc.
2314 Rutland Drive
Suite 225
Austin, TX 78758-5274

Pablo Ruiz
3607 Del Robles
Austin, TX 78727-1812

Paul Gilbert
8002 Pitter Pat Lane
Austin, TX 78736-7953

Paul Roessler
1505 Sugarberry Lane
Austin, TX 78748-2205

Pete Lipscomb
2703 Dogama Court
Cedar Park, TX 78613-5716

Platt Electric Supply
P. O. Box 418759
Boston, MA 02241-8759

Power Up Lending Group Ltd.
Loewinsohn Flegle Deary Simon LLP
12377 Merit Dr #900
Dallas, TX 75251-3102

PowerUp Lending Group, LTD
111 Great Neck Rd #216
Great Neck, NY 11021-5408

ProStar Services, Inc.
PO Box 110209
Carrollton, TX 75011-0209

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

Rafael Dillard
1455 Roxannes Run
Pflugerville, TX 78660-3285

Ray Morgan Company, Inc
3131 Esplanade
Chico, CA 95973-0202

Rebecca Harkins
23430 Decker Prairie Rosehill
Magnolia, TX 77355-5830

Redding Business Park, LLC
291 S. La Cienega Blvd.
Suite 311
Beverly Hills, CA 90211-3310

Redding Fasteners, Inc
8912 Airport Rd
Redding, CA 96002-9214

Reed Crossley
6600 Valleyside Apt B6
Austin, TX 78731-3196

Revolve Solar, Inc.
1800 W. Howard Lane
Suite 100
Austin, TX 78728-7739

Ricardo Medina
700 Pacific Avenue
Willows, CA 95988-2021

Richard Cantu
12414 Fallen Tower Lane
Austin, TX 78753-7058

Richard Davis
2906 Dover Place
Austin, TX 78757-4352

Richard Lawrence
16430 Sheila Rd.
Cottonwood, CA 96022-8035

Rick Adan
4809 Kimberly Farms Drive
Anderson, CA 96007-9705

Rick Naran
816 Magazine St.
Vallejo, CA 94590-7840

Robert Carter
4157 County Rd HH
Orland, CA 95963-9347

Robert Rohlfs
21821 Riverside Avenue
Red Bluff, CA 96080-7728

Ron Atkinson
8198 Maynard Road
Palo Cedro, CA 96073-9690

Ron Kibler
2966 Sandstone Drive
Anderson, CA 96007-4623

Ron Peck
733 Volcano View Trail
Redding, CA 96003-3034

Ron Riegger
6705 Telluride Trail
Austin, TX 78749-1790

Sairam Pathi
11500 Gaelic Drive
Austin, TX 78754-5999

Salvador Alcala
7215 Hermosa Way
Redding, CA 96002-9742

Sandler Training
17701 Cowan #120
Irvine, CA 92614-6061

Sarah Bradshaw
9412 Edmundsbury Drive
Austin, TX 78747-3985

Sarah Glasscock
5436 Agatha Circle
Austin, TX 78724-6219

Scott Shattuck
11542 Sandy Loam Trl
Austin, TX 78750-1534

Scott Spencer
6021 Toscana Avenue
Austin, TX 78724-6246

Scott Wendell
3267 Bee Caves Rd Lot@107-309
Austin, TX 78746-6700

Seven Up Bottling Co. of Chico, Inc.
c/o David Spring
574 Manzanita Ave. Ste. 2
Chico, CA 95926-1369

Sexton Consulting
2303 RR 620 S
Suite 135-151
Austin, TX 78734-6219

Shasta Builders Exchange
5800 Airport Road
Redding, CA 96002-9359

Shawn Allen
13409 Lois Lane
Austin, TX 78750-2211

Sierra Vista Vegetation Removal
& Tree Service
21277 Old Alturas Rd.
Redding, CA 96003-7616

Silicon Valley Bank
PO Box 2360
Omaha, NE 68103-2360

SolarEngine
414 Brenna Street
San Francisco, CA 94105

Soligent Distribution LLC
c/o Lisa C. Fancher
Fritz, Byrne, Head & Fitzpatrick, PLLC
221 W 6th St #960
Austin, TX 78701-3444

Soligent Distribution, LLC
1500 Valley House Dr #210
Rohnert Park, CA 94928-4924

Spectrum Business/Charter Communications
PO Box 742614
Cincinnati, OH 45274-2614

SRI Monogramming, Inc
2303 County Rd,
Round Rock, TX 78681

Stephanie Schreiber
6767 Happy Valley Rd.
Anderson, CA 96007-9525

Stephanie Vance
1848 Winterwood Drive
Redding, CA 96002-4852

Steve Darnell
5601 Foxfield Ln
Village of the Hills, TX 78738-7701

Steve Gallo
7417 Rd. 19
Orland, CA 95963-9773

Steven Bowen
6910 Jart Ln #912
Austin, TX 78721

Summit Electric Supply, Inc
PO Box 848345
Dallas, TX 75284-8345

Sungage
50 Franklin Street
Suite 202
Boston, MA 02110-1311

Sunstate Equipment, Co
P.O. Box 52581
Phoenix, AZ 85072-2581

Sylvia Thompson
13717 Skyway Road
Magalia, CA 95954-9765

Taube Summers LLP
100 Congress Ave 18th Floor
Austin, TX 78701-4042

Technology Credit Corporation
919 The Alameda
San Jose, CA 95126-3135

Terrill Whitlock
3280 Columbia Avenue
Corning, CA 96021-9655

Texas Comptroller of Public Accounts
1711 San Jacinto Blvd.
Suite 180
Austin, TX 78701-1416

Texas Comptroller of Public Accounts
John Stern, Asst. Attorney General
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

Texas Workforce Commission
TWC Building - Regulatory Integrity Divi
101 E. 15th Street
Austin, TX 78778-0001

Texas Workforce Commission-SAU
Office of Atty General
Bankruptcy-Collections Div MC 008
P.O. Box 12548
Austin, TX 78711-2548

Theresa Nichols
16024 Cloverdale Road
Anderson, CA 96007-8256

Thomas Safford
21346 Hawes Road
Anderson, CA 96007-9366

Tiffany Stoffer
1700 A Constantine Circle
Austin, TX 78745-4171

Tim Padden
8814 Mesa Drive
Austin, TX 78759-7408

Todd Finch
7512 Orrick Drive
Austin, TX 78749-2607

Tony Pitts
1004 Preserve Place
Round Rock, TX 78665-7902

Tonya Osenton
20700 Live Oak Road
Red Bluff, CA 96080-9149

Travis County
c/o Kay D. Brock
P. O. Box 1748
Austin, TX 78767-1748

| | | |
|---|---|---|
| Travis County Tax Office<br>PO Box 149328<br>Austin, TX 78714-9328 | Trevor Dasilva<br>2501 Pearl Street Apt 416<br>Austin, TX 78705-4443 | Tugwell Roofing, Co<br>20550 Dersch Rd<br>Anderson, CA 96007-8462 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | United Rentals, Inc.<br>6125 Lakeview Road, #300<br>Charlotte, NC 28269-2616 | United States Attorney<br>Civil Process Clerk<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216-5512 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0009 | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | Vacaville Crossroads Church<br>Attn: Rich Burke<br>190 Butcher Road<br>Vacaville, CA 95687-5615 |
| Valero - Chico<br>Attn: Parmijita Gosal<br>1199 Skyway Road<br>Chico, CA 95928-8345 | Valley Church<br>Attn: Linda May<br>5063 Maple Road<br>Vacaville, CA 95687-9468 | Valley Mountain Regional Center<br>Attn: Claudia Reed<br>702 Aurora Street North<br>Stockton, CA 95202-2200 |
| Valley YellowPages<br>Dept. 33302<br>PO Box 39000<br>San Francisco, CA 94139-3302 | Velda Gutierrez<br>7108 Outfitter Drive<br>Austin, TX 78744-1746 | Warren Carroll<br>401 Terravista Parkway Apt 113<br>Round Rock, TX 78665-1274 |
| Weaver and Tidewell, LLP<br>2821 West 7th Street<br>Suite 700<br>Fort Worth, TX 76107-8913 | Wes Walters Realty, Inc.<br>Juanita Ruzicka<br>9130 Jollyville Road, Suite 175<br>Austin, TX 78759-7472 | Wex Bank<br>PO Box 6293<br>Carol Stream, IL 60197-6293 |
| Will Beavers<br>350 South Plumas Street<br>Willows, CA 95988-3027 | Willford Taff<br>925e Hwy 80#226<br>San Marcos, TX 78666-8121 | William Del Casale<br>487 Del Norte Avenue<br>Corning, CA 96021-3601 |
| William Penny<br>10613 Beckwood Dr<br>Austin, TX 78726-1311 | William Pete Lipscomb<br>2703 Dogama Ct<br>Cedar Park, TX 78613-5716 | World Telecom & Surveillance, Inc<br>1819 Keystone Ct<br>Redding, CA 96003-4000 |
| Xerox Corporation<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | Yellow Pages<br>P O Box 5010<br>Carol Stream, IL 60197-5010 | Yellow Pages United<br>PO Box 53282<br>Atlanta, GA 30355-1282 |
| Ygrene<br>815 5th Street<br>Santa Rosa, CA 95404-4516 | Zachary Cooper<br>1415 Berene Ave<br>Austin, TX 78721-1407 | Zachary Hunter<br>12800 Harris Glenn Drive #1125<br>Austin, TX 78753-5334 |